MRS. MATTIE BOYAN v. DUKE POWER COMPANY.

(Filed 11 December, 1946.)

APPEAL by plaintiff from *Burgwyn, Special Judge,* at March Term,
1946, of GUILFORD (High Point Division).

Civil action to recover damages, alleged to have been sustained by
reason of the negligence of the defendant, a common carrier of passen-

gers, when plaintiff was invited to alight from one of defendant's buses at a dangerous and unsafe place.

The issue of negligence was answered in favor of the defendant and judgment entered accordingly.

The plaintiff appeals, assigning error.

*Gold, McAnally & Gold for plaintiff.*
*W. S. O'B. Robinson, Jr., Horace S. Haworth, Owen Reese, and Carter Dalton for defendant.*

PER CURIAM. The exceptions have been carefully considered. They present no new questions of law. The case was one for the jury and it has spoken in a trial free from prejudicial error. Hence, in the trial below we find

No error.